UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:14-CR-798 |
| | § | CIVIL 2:17-42 |
| JOHN ERIC GARCIA | § | |

## **FINAL JUDGMENT**

For the reasons stated in the Court's Order entered this date, John Eric Garcia's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 motion is **GRANTED**.

This is a **FINAL JUDGMENT**.

ORDERED this 25th day of September, 2017.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1 / 1